ALTFELD & BATTAILE P.C.
250 North Meyer Avenue
Tucson, Arizona 85701
Tel:   (520) 622-7733
Fax:   (520) 622-7967
John F. Battaile, Bar No. 4103
JFBattaile@abazlaw.com
*Claimant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ALEJANDRO LOPEZ, a married man in his sole and separate right,<br><br>Plaintiff,<br><br>v.<br><br>MUSINORTE ENTERTAINMENT CORPORATION, a New Mexico corporation; HURACANES, INC., a California corporation; HERACLIO GARCIA and ROSA GARCIA, husband and wife; FRANCISCO GARCIA and IRMA GARCIA, husband and wife; JESUS GARCIA, a single man; and GUADALUPE GARCIA, a single man,<br><br>Defendants. | NO. CV-03-167 TUC CKJ<br><br>**NOTICE OF ATTORNEY'S CHARGING LIEN ON THIRD AMENDED JUDGMENT** |

1. Altfeld & Battaile P.C., an Arizona professional corporation ("Claimant") hereby gives notice that it claims an attorney's charging lien (the "Lien") on the Third Amended Judgment entered in U.S. District Court action No. CV-03-167 on February 28, 2012 (the "Judgment") in favor of Plaintiff Alejandro Lopez, a married man in his sole and separate right ("Plaintiff").

2. The name and address of the Plaintiff, against whom the lien is claimed, is Alejandro Lopez, aka Alejandro Lopez Santa Cruz, 163 W. Kino Street Tr #1, Nogales, AZ 85621.

3. Claimant claims its lien pursuant to a written fee agreement entered into

between Claimant and Plaintiff dated April 2, 2002.

    4.    The amount of the lien is 40% (forty percent) of the gross recovery resulting from the Judgment.

    5.    Claimant files and serves this Notice to give the judgment debtors obligated to pay the Judgment, and all other interested persons and parties, notice of Claimant's lien on the Judgment.

Dated May 9, 2013.

Claimant, ALTFELD & BATTAILE P.C.

By: /s/ John F. Battaile, Vice President

STATE OF ARIZONA   )
                            ) .SS:
COUNTY OF PIMA    )

SUBSCRIBED TO AND SWORN BEFORE me on May 9, 2013, by John F. Battaile, Vice President of Altfeld & Battaile P.C.

Notary Public

My Commission Expires: 10-24-15



Official Seal
NOTARY PUBLIC
STATE OF ARIZONA
County of Pima
AMANDA F LUCAS
My Commission Expires October 24, 2016

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court on May 9, 2013 and copies were emailed to registered CM/ECF users through the CM/ECF System.

A copy of the foregoing has also been mailed to the following parties:

Alejandro Lopez
163 W. Kino Street Tr #1
Nogales, AZ 85621

Alejandro Lopez Santa Cruz
163 W. Kino Street Tr #1
Nogales, AZ 85621

Alan N. Magenheim
MAGENHEIM & ASSOCIATES
3701 Kirby Drive, Suite 764
Houston, Texas 77098

Nancy March
Fennemore Craig
One S. Church Ave., #1000
Tucson, AZ 85701-1627

Joshua Busey
Bailey & Busey, PLLC
411 North 2nd St.
Yakima, Washington 98901

Amanda F. Lucas

P:\Clients\Lopez, Alejandro\draft pleadings\Ntc of Attorney's Charging Lien on 3rd Amended J.wpd

-3-