Alejandro Lopez
163 W. Kino St., Trl. #1
Nogales, AZ 85621
*Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ALEJANDRO LOPEZ, a married man in his sole and separate right,<br><br>Plaintiff,<br><br>v.<br><br>MUSINORTE ENTERTAINMENT CORPORATION, a New Mexico corporation; HURACANES, INC., a California corporation; HERACLIO GARCIA and ROSA GARCIA, husband and wife; FRANCISCO GARCIA and IRMA GARCIA, husband and wife; JESUS GARCIA, a single man; and GUADALUPE GARCIA, a single man,<br><br>Defendants. | NO. CV-03-167 TUC CKJ<br><br>**AFFIDAVIT FOR RENEWAL OF JUDGMENT** |

Alejandro Lopez, being duly sworn, deposes and states:

1. I am the Plaintiff and Judgment Creditor in the above-captioned United States District Court action. I make this Affidavit For Renewal of Judgment and Amendments Thereto ("Affidavit") pursuant to A.R.S. § 12-1612.

2. Pursuant to A.R.S. § 12-1612(A) I state the following:

**Names of the Parties**:

Plaintiff and Judgment Creditor: Alejandro Lopez, a married man in his sole and separate right.

Defendants and Judgment Debtors: Musinorte Entertainment Corporation, a New Mexico corporation; Huracanes, Inc., a California corporation; Heraclio Garcia and Rosa Garcia, husband and wife; Francisco Garcia and Irma Garcia, husband and wife; Jesus Garcia, a single man; and Guadalupe Garcia, a single man.

**Name of the Court in which docketed:**

The U.S. District Court for the District of Arizona.

The Judgment was entered August 18, 2009 (Docket 242). The Judgment was amended on October 20, 2009 (the "Amended Judgment") (Docket 258). The Judgment was amended on July 30, 2010 ("Second Amended Judgment") (Docket 273). The Judgment was amended on February 28, 2012 ("Third Amended Judgment") (Docket 283).

**If recorded, the name of the county in which recorded and date and amount of the judgment, if recorded:**

Roosevelt County, New Mexico (Transcript of Judgment)
Recorded:       October 8, 2009
Document No.:       20091338
Amount of Judgment:       $1,117,000.00

Kaufman County, Texas (Abstract)
Recorded:       October 4, 2010
Volume 3837, Page 540
Amount of Judgment:       $1,117,000.00

Pima County, Arizona

    Recorded:       September 4, 2009
    Docket:       13637
    Page:       3361
    Amount of Judgment:       $1,117,000.00

    Amendment
    Recorded:       February 23, 2010
    Docket:       13751
    Page:       1186

    Third Amended Judgment
    Recorded:       April 26, 2012
    Sequence:       20121170586

    Amendment
    Recorded:       May 23, 2013
    Sequence:       20131431030

Dupage County, Illinois
Recorded:       August 30, 2012
No. R2012-119684
Amount of Judgment:       $1,117,000.00

Roosevelt County, New Mexico
May 20, 2013
Sequence No. 20131695
Amount of Judgment:        $1,117,000.00

<u>Name of owner of the judgment</u>:   The owner of the judgment is the Judgment Creditor, Alejandro Lopez.

3. No execution is anywhere outstanding and unreturned upon the judgment.

4. The date and amounts of all payments upon the judgment are stated on Exhibit "A" attached hereto and incorporated by reference herein.  The total payments are $326,688.33.  All payments have been duly credited upon the judgment.

5. There are no set-offs or counterclaims in favor of the judgment debtors.

6. The exact amount due upon the judgment is $1,045,198.80 as of the date of this Affidavit, including interest accrued to date.  Interest continues to accrue upon the judgment at the rate established by 28 U.S.C. § 1961 on the date of the judgment, *i.e.*, 0.17% per annum.

7. This affidavit is based on Affiant's personal knowledge and the records kept in the ordinary course of business by Altfeld & Battaile P.C., former attorneys for the Judgment Creditor, Alejandro Lopez, and not upon information and belief.

Dated __06/09__, 2014.

_____
Alejandro Lopez
Judgment Creditor

STATE OF ARIZONA   )
                   ) ss.
COUNTY OF Santa Cruz )

SUBSCRIBED AND SWORN TO before me this 9th day of __June__, 2014 by Alejandro Lopez, Judgment Creditor.

_____
Notary Public

My commission expires: February 24, 2018

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court on June 11, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Elena C. Todd
Elena C. Todd

# EXHIBIT "A"

## Recovery to Date
## Lopez v. Musinorte, U.S. District Court
## No. CV-03-167 CKJ

| Date | Description | Receipts |
|---|---|---|
| 9/2/2011 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 10/4/2011 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 10/13/2011 | Wells Fargo (Garcia Garnishment) | $5,922.47 |
| 11/4/2011 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 12/2/2011 | Received From: Karl Griggs (garnishment) | $425.00 |
| | Received From: Karl Griggs (garnishment) | $487.50 |
| 1/3/2012 | Received From: Karl Griggs (garnishment) | $425.00 |
| | Received From: Karl Griggs (garnishment) | $487.50 |
| 1/17/2012 | Received From: Jack Furrier (garnishment) | $580.00 |
| 2/3/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 2/14/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 2/28/2014 | Received From: Jack Furrier (garnishment) | $145.00 |
| 3/6/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 3/16/2012 | JP Stone Community Bank | $108,636.36 |
| | Garnishment Proceeds | |
| 3/30/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 4/3/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 5/1/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 5/8/2012 | Received From: Karl Griggs (garnishment) | $425.00 |
| | Received From: Karl Griggs (garnishment) | $487.50 |
| 6/1/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 6/8/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $425.00 |
| 7/3/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 7/8/2012 | Washington Foreclosure | $125,001.00 |
| | paid by Maria del Refugio | |
| 7/13/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| | Received From: Karl Griggs (garnishment) | $487.50 |
| 7/31/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 8/31/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 9/5/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| 10/2/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 10/5/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| 11/2/2012 | Received From: Jack Furrier (garnishment) | $145.00 |

| Date | Description | Amount |
|---|---|---|
| 11/9/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| 11/30/2012 | Received From: Jack Furrier (garnishment) | $145.00 |
| 12/4/2012 | Received From: Karl Griggs (garnishment) | $487.50 |
| 1/2/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 1/22/2013 | Received From: Karl Griggs (garnishment) | $487.50 |
| 2/1/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
|  | Received From: Karl Griggs (garnishment) | $487.50 |
| 3/1/2013 | Received From: Karl Griggs (garnishment) | $487.50 |
|  | Received From: Jack Furrier (garnishment) | $145.00 |
| 4/1/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 4/15/2013 | Received From: Karl Griggs (garnishment) | $487.50 |
| 4/30/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 5/3/2013 | Received From: Irma Garcia (garnishment) | $500.00 |
|  | Received From: Karl Griggs (garnishment) | $487.50 |
| 5/31/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 6/28/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 7/2/2013 | Received From: Karl Griggs (garnishment) | $137.50 |
| 7/19/2013 | Received From: Irma Garcia (garnishment) | $500.00 |
| 7/24/2013 | Received From: Irma Garcia (garnishment) | $500.00 |
| 7/30/2013 | Received From: Jack Furrier (garnshment) | $145.00 |
| 8/13/2013 | Received From: Karl Griggs (garnishment) | $487.50 |
|  | Received From: Karl Griggs (garnishment) | $487.50 |
| 8/26/2013 | Received From: Irma Garcia (garnishment) | $500.00 |
| 8/28/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 9/13/2013 | paid by Maria del Refugio | $60,001.00 |
| 10/1/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 10/9/2013 | Received From: Karl Griggs (garnishment) | $975.00 |
| 10/29/2013 | Received From: Irma Garcia (garnishment) | $500.00 |
| 11/5/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
|  | Received From: Karl Griggs (garnishment) | $487.50 |
| 12/3/2013 | Received From: Jack Furrier (garnishment) | $145.00 |
| 12/13/2013 | Received From: Karl Griggs (garnishment) | $487.50 |
| 1/3/2014 | Received From: Jack Furrier (garnishment) | $145.00 |
| 1/28/2014 | Received From: Karl Griggs (garnishment) | $975.00 |
| 1/31/2014 | Received From: Jack Furrier (garnshment) | $145.00 |
| 3/5/2014 | Received From: Jack Furrier (garnishment) | $145.00 |
|  | Received From: Karl Griggs (garnishment) | $487.50 |
| 3/28/2014 | Received From: Jack Furrier (garnishment) | $145.00 |
| 4/22/2014 | Received From: Karl Griggs (garnishment) | $487.50 |
| 5/2/2014 | Received From: Jack Furrier (garnishment) | $145.00 |
| 5/27/2014 | Received From: Karl Griggs (garnishment) | $487.50 |
| **Receipt Total** |  | **$326,688.33** |