ATTORNEYS AT LAW

# MAGENHEIM & ASSOCIATES
INCLUDING A PROFESSIONAL LIMITED LIABILITY COMPANY

### 3701 KIRBY DRIVE, SUITE 913
### HOUSTON, TEXAS 77098
(713) 529–1700 - TELEPHONE /  (713) 529-1705 - FACSIMILE

April 21, 2015

*__Via Facsimile (520) 622-7967 and email__*
John Battaile
Altfeld & Battaile, P.C.
250 North Meyer Avenue
Tucson, AZ 85701

     Re:    No. Civil Action No. 03-167- TUC CKJ;; Lopez vs. Musinorte, et al; in the United States District Court, District of Arizona

John:

    I attempted to reach you via telephone today from my mediation.  I wanted to discuss a possible resolution of the Motion to Compel prior to filing our response.  Later today we will be producing documents responsive to the request for production which relate to the Maria mortgage and also documentation related to the Kaufman County Property and monies loaned thereon.  I believe that these documents, along with our supplemental responses, withdrawing objections, will resolve the pending issues.  I apologize for the delay in being able to provide the additional documents that I have just received.

    Additionally, as a show of good faith, my clients are willing to pay a reasonable amount of attorneys' fees for the preparation of the Motion and related documents.

    I would appreciate you contacting me to discuss further.  I am in a mediation today but can be reached on my cell phone.

                                                Yours very truly,

                                              */s/ Alan N.  Magenheim*

                                              Alan N. Magenheim

ANM/ef

E X H I B I T "B"