# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Lopez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Musinorte Entertainment Corporation, et al.,<br><br>　　　　　　Defendants. | No. CV-03-00167-TUC-CKJ<br><br>**ORDER** |

　　　　The Court has reviewed the parties' Joint Stipulation Re: Plaintiff's Motion for Attorney Fees. (Doc. 310.)　　Good cause appearing,

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees (Doc. 306) is denied as moot.

　　　　Dated this 5th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　Cindy K. Jorgenson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge