ALTFELD & BATTAILE P.C.
250 North Meyer Avenue
Tucson, Arizona 85701
Tel:   (520) 622-7733
Fax:   (520) 622-7967
John F. Battaile (ASBN: 004103)
jfbattaile@abazlaw.com
*Attorneys for Plaintiff/Judgment Creditor*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ALEJANDRO LOPEZ, a married man in his sole and separate right,<br><br>Plaintiff,<br><br>v.<br><br>MUSINORTE ENTERTAINMENT CORPORATION, a New Mexico corporation; HURACANES, INC., a California corporation; HERACLIO GARCIA and ROSA GARCIA, husband and wife; FRANCISCO GARCIA and IRMA GARCIA, husband and wife; JESUS GARCIA, a single man; and GUADALUPE GARCIA, a single man,<br><br>Defendants. | Case No. NO. CV-03-167 TUC CKJ<br><br>APPLICATION TO WITHDRAW AS COUNSEL AND CERTIFICATION PURSUANT TO LOCAL RULE 83.3(b)(2) |

Pursuant to LRCiv 83.3(b)(2), *Ariz.R.Civ.P.*, Altfeld & Battaile P.C. and John Battaile respectfully request that the Court enter an Order allowing the firm and John Battaile to withdraw as counsel for Plaintiff and Judgment Creditor Alejandro Lopez (the "Client"). The reason for the withdrawal is that John F. Battaile is retiring from the practice of law and the firm will close its practice on January 23, 2016.

The name, address and phone number of the Client is:

Alejandro Lopez
183 W. Kino St., Trl #1
Nogales, AZ 85621

John F. Battaile certifies that the Client has been notified in writing of the status of this case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions at the address set forth above.

No matters are now pending before this Court. The Client is the Judgment Creditor under the Third Amended Judgment entered February 28, 2012 (Doc. 283), which judgment was renewed by Affidavit of Renewal on August 1, 2014 (Doc. 287). Oren Warshavsky of the Baker Hostetler firm, still co-counsel of record, will continue to represent Plaintiff.

This motion has been served on the Client by U.S. Mail and e-mail to a close relative of the Client.

Respectfully submitted January 22, 2016.

ALTFELD & BATTAILE P.C.

*/s John F. Battaile*
John F. Battaile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court on January 22, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/Cheryl L. Zauner*