ALTFELD & BATTAILE P.C.
250 North Meyer Avenue
Tucson, Arizona 85701
Tel: (520) 622-7733
Fax: (520) 622-7967
John F. Battaile (ASBN: 004103)
jfbattaile@abazlaw.com
*Attorneys for Plaintiff/Judgment Creditor*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ALEJANDRO LOPEZ, a married man in his sole and separate right,<br><br>Plaintiff,<br><br>v.<br><br>MUSINORTE ENTERTAINMENT CORPORATION, a New Mexico corporation; HURACANES, INC., a California corporation; HERACLIO GARCIA and ROSA GARCIA, husband and wife; FRANCISCO GARCIA and IRMA GARCIA, husband and wife; JESUS GARCIA, a single man; and GUADALUPE GARCIA, a single man,<br><br>Defendants. | Case No. NO. CV-03-167 TUC CKJ<br><br>NOTICE OF FILING CORRECTED FORM OF WITHDRAWAL ORDER |

Altfeld & Battaile P.C. and John Battaile filed an Application to Withdraw as Counsel on January 22, 2016 (Doc. 312) accompanied by a form of order (Doc. 312-1). However, an incorrect form of order was inadvertently submitted.

Counsel therefore requests that the Court enter the form of Order Re Withdrawal of Counsel, filed herewith. This Notice has been served on the Client by U.S. Mail and e-mail to a close relative of the Client.

Respectfully submitted January 25, 2016.

ALTFELD & BATTAILE P.C.

*/s/ John F. Battaile*
John F. Battaile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court on January 25, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Cheryl L. Zauner*