# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Lopez,<br><br>             Plaintiff,<br><br>v.<br><br>Musinorte Entertainment Corporation, et al.,<br><br>             Defendants. | No. CV-03-00167-TUC-CKJ<br><br>**ORDER** |

Upon motion by Altfeld & Battaile P.C. and John Battaile (Docs. 312, 313), there being no opposition received from Plaintiff Alejandro Lopez, and for good cause shown,

IT IS HEREBY ORDERED that Altfeld & Battaile P.C. and John Battaile's Motion to Withdraw as Counsel for Plaintiff (Docs. 312, 313) is granted.

Dated this 17th day of February, 2016.

*/s/ Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge