# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Lopez, | No. CV-03-00167-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Musinorte Entertainment Corporation, et al., | |
| Defendants. | |

The substitution of counsel on behalf of Altfeld & Battaile P.C., Charging Lien Claimant is approved, and

IT IS ORDERED that Joe F. Tarver, Jr., State Bar No. 004343 is substituted as counsel of record in place of John A. Baade.

Dated this 27th day of July, 2016.

Honorable Cindy K. Jorgenson
United States District Judge